Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEXAS WHOLESALE, INC., a Texas corporation | No. C05-5322FDB |
| Plaintiff, | STIPULATION AND ORDER DISMISSING DEFENDANTS WASHINGTON WITH PREJUDICE |
| v. | |
| DARYL E. BELL and KATRINA BELL a/k/a KATRINA SCHNELLE, husband and wife, and the marital community composed thereof; et al., | |
| Defendants. | |

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1.    Plaintiff Texas Wholesale Inc. (aka Texas Wholesale Dental Supply Inc. d/b/a National Dental Supply) (hereinafter "Texas Wholesale") and Defendants Alvin and Dana Washington (the "Washingtons"), agree to the dismissal of this action against the Washingtons, with prejudice.

2.    In support of this stipulated dismissal with prejudice, plaintiff and the Washingtons agree that they will bear their own attorneys fees, costs and expenses; and, Texas Wholesale on behalf of its owners, directors, shareholders, affiliates, subsidiaries,

STIPULATION AND ORDER DISMISSING DEFENDANTS
WASHINGTON WITH PREJUDICE (C05-5322FDB) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

parent corporations, predecessors, successors, and/or assigns – together with the undersigned individuals affiliated with Texas Wholesale, in both their respective corporate and individual capacities – release Alvin and Dana Washington, their present or former heirs, personal representatives, executors, trustees, and/or assigns, from the claims in this lawsuit and any claims that arise out of any transaction or occurrence that is within the subject matter of this lawsuit.

3.      Plaintiff, the Washingtons and the undersigned individuals affiliated with Texas Wholesale have also agreed that this Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together constitute a single agreement, and that facsimile signatures shall be considered sufficient for execution of this Stipulation.

SO STIPULATED this ____ day of September, 2005.

SMITH ALLING LANE, P.S.                 McNAUL EBEL NAWROT & HELGREN PLLC

By:_____           By:_____
   Michael E. McAleenan, WSBA No. 29426      Leslie J. Hagin, WSBA 29186

Attorneys for Plaintiff                 Attorneys for Defendants Alvin and Dana Washington

BRENT BIGLER


_____
In His Corporate and Individual Capacity

JEFFREY BIGLER


_____
In His Corporate and Individual Capacity


JAMES D. ARCHER


_____
In His Corporate and Individual Capacity

STIPULATION AND ORDER DISMISSING DEFENDANTS
WASHINGTON WITH PREJUDICE (C05-5322FDB) – Page 2

1

## **ORDER**

2          This matter having come before the Court on the foregoing Stipulation, and the

3   Court being fully advised, now, therefore, ORDERS, ADJUDGES AND DECREES that

4   Plaintiff's claims against defendants Alvin and Dana Washington are DISMISSED WITH

5   PREJUDICE, with each party to bear its own attorney's fees, costs and expenses.

6          **IT IS SO ORDERED.**

7          DATED this 29th day of September 2005.

8

9                                          FRANKLIN D. BURGESS

10                                         UNITED STATES DISTRICT JUDGE

11

12   **Presented by:**

     McNAUL EBEL NAWROT & HELGREN PLLC

13   By:_____

14          Leslie J. Hagin, WSBA 29186

15   Attorneys for Defendants Alvin and Dana Washington

16

17   SMITH ALLING LANE, P.S.

18   By:_____

19          Michael E. McAleenan, WSBA No. 29426

20   Attorneys for Plaintiff

21

22

23

24

25

26

STIPULATION AND ORDER DISMISSING DEFENDANTS
WASHINGTON WITH PREJUDICE (C05-5322FDB) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816