Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEXAS WHOLESALE, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>DARYL E. BELL and KATRINA BELL a/k/a KATRINA SCHNELLE, et al.,<br><br>Defendants. | No. C05 5322FDB<br><br>STIPULATED MOTION AND ORDER DISMISSING DEFENDANT CHRIS BUCK WITH PREJUDICE |

### STIPULATED MOTION

Plaintiff Texas Wholesale, Inc. (a/k/a Texas Wholesale Dental Supply, Inc. d/b/a National Dental Supply) (hereinafter "Texas Wholesale") and Defendant Chris Buck, by and through their attorneys of record, hereby move for an Order dismissing Chris Buck from this action with prejudice, pursuant to the parties' Stipulation for Dismissal, filed herewith.

STIPULATED MOTION AND **[PROPOSED]** ORDER DISMISSING DEFENDANT CHRIS BUCK WITH PREJUDICE (C05-5322FDB) – Page 1

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

1  SO STIPULATED this 30th day of September, 2005.

2  SMITH ALLING LANE, P.S.                    SMITH & HENNESSEY, PLLC

3

4  By /s/Michael E. McAleenan          .       By /s/ Ann Marie Bender          .
     Michael E. McAleenan, WSBA #29426         Ann Marie Bender, WSBA #32563
5    Attorney for Plaintiff                    Attorney for Defendant Chris Buck

6

7                                   **ORDER**

8  This matter having come before the Court on the foregoing Stipulated Motion and the

9  parties' Stipulation for Dismissal of Defendant Chris Buck with prejudice, and the Court

10 being fully advised, now, therefore, ORDERS, ADJUDGES AND DECREES that Plaintiff's

11 claims against defendant Chris Buck are DISMISSED WITH PREJUDICE, with each party to

12 bear its own attorneys' fees, costs, and expenses.

13     **IT IS SO ORDERED.**

14     DATED this 3rd day of October 2005

15
                                        [signature]
16                                      _____
                                        FRANKLIN D. BURGESS
17                                      UNITED STATES DISTRICT JUDGE

18 **Presented by:**

19 **SMITH & HENNESSEY PLLC**

20

21 By: /s/ Ann Marie Bender          .
     Brent T. Caldwell, WSBA 25901
22   Ann Marie Bender, WSBA 32563
     Attorneys for Defendant Chris Buck
23

STIPULATED MOTION AND **[PROPOSED]** ORDER DISMISSING DEFENDANT CHRIS BUCK WITH PREJUDICE (C05-5322FDB) – Page 2

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

1 | SMITH ALLING LANE, P.S.

2

3 | By: /s/Michael E. McAleenan                    .
     Michael E. McAleenan, WSBA 29426
4 |  Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND **[PROPOSED]** ORDER DISMISSING DEFENDANT CHRIS BUCK WITH PREJUDICE (C05-5322FDB) – Page 3

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Carrie Menikoff | carrie@jhoffman.com |
| Jay H Zulauf | jzulauf@hallzan.com |
| Leslie J Hagin | lhagin@mcnaul.com |
| Katherine Ruth Heekin | Katherine@HeekinLawOffice.com |
| Brent Taylor Caldwell | bcaldwell@smithhennessey.com |
| James Alexander Smith, Jr | jas@smithhennessey.com |
| Kerry J Shepherd | KerryShepherd@MarkowitzHerbold.com |
| David W Silke | silke@carneylaw.com |
| Stephen P VanDerhoef | svanderhoef@cairncross.com |
| Thomas M McInerney | tmm@thelenreid.com |
| James E Lobsenz | Lobsenz@carneylaw.com |

SMITH ALLING LANE, P.S.


By___/s/ Michael E. McAleenan_____
  Michael E. McAleenan, WSBA #29426


SMITH ALLING LANE, P.S.
1102 Broadway Plaza, Suite 403
Tacoma, Washington 98402
Telephone:  253-627-1091
Facsimile:  253-627-0123
E-Mail:  mmc@smithallinglane.com


Attorney for Plaintiff

---

STIPULATED MOTION AND **[PROPOSED]** ORDER DISMISSING DEFENDANT CHRIS BUCK WITH PREJUDICE (C05-5322FDB) – Page 4

*Smith Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

6423 01 gi303001 10/3/05