Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEXAS WHOLESALE, INC., a Texas corporation,<br><br>                         Plaintiff,<br><br>v.<br><br>DARYL E. BELL and KATRINA BELL a/k/a KATRINA SCHNELLE, husband and wife, and the marital community composed thereof; et al.,<br><br>                         Defendants. | No. C05-5322FDB<br><br>FINAL JUDGMENT AS TO DEFENDANTS WASHINGTON, PURSUANT TO FED. R. CIV. P. 54(b)<br><br>**CLERK'S ACTION REQUIRED** |

### **RULE 54(b) FINAL JUDGMENT AS TO DEFENDANTS WASHINGTON**

Before the Court is the Fed. R. Civ. P. 54(b) motion of defendants Washington for entry of final judgment.

Plaintiff brought several claims against numerous parties in this action. As to defendants Washington, plaintiff has stipulated to the dismissal of all claims <u>with prejudice,</u> and the Court has entered an order accordingly. As to some other defendants, however, plaintiff has filed short notices dismissing its claims against them <u>without prejudice,</u> and no order has been entered as to these filings. Other defendants have either never been served, or have failed to appear. No judgments have yet been entered in this action.

FINAL JUDGMENT AS TO DEFENDANTS WASHINGTON
(C05-5322FDB) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

The Court determines that there is no just reason to delay entry of a final judgment as to plaintiff's claims against the Washingtons, pursuant to Rule 54(b) and consistent with the Court's order signed September 29, 2005 and filed September 30, 2005. The interests of justice and sound judicial administration support the Court's directing the entry of such final judgment.

The Court finds that the Washingtons should not have to incur any additional legal expenses associated with this action. There is no reason they should have to continue to expend money on counsel to receive and review the filings in this matter, and to generally monitor the action for future developments that could implicate the Washingtons' interests pending entry of final judgments as to all of the other parties. The Court's written findings in this regard also include the stipulation filed by plaintiff and the Washingtons, and the Court's order signed on September 29, 2005 and filed on September 30, 2005, which are hereby incorporated by reference.

**Accordingly, the Clerk is directed to enter final judgment as follows: All of plaintiff's claims against defendants Washington are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED this 28th day of October 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT AS TO DEFENDANTS WASHINGTON
(C05-5322FDB) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**Presented by:**

/s/ Leslie J. Hagin
WSBA 29186

McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143
Telephone: (206) 467-1816,
Facsimile: (206) 624-5128
E-Mail: lhagin@mcnaul.com

Attorneys for Defendants Washington

FINAL JUDGMENT AS TO DEFENDANTS WASHINGTON
(C05-5322FDB) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

2036-001 rj040403 10/28/05