UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TEXAS WHOLESALE, INC., a Texas corporation,

Plaintiff,

v.

DARYL E. BELL and KATRINA BELL a/k/a KATRINA SCHNELLE, et al.,

Defendants.

No. C05 5322FDB

ORDER DISMISSING CASE

This matter having come before the Court on Plaintiff's Notice of Case Dismissal, and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the above case is hereby dismissed in its entirety.

DONE this 31st day of October, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER (PROPOSED) DISMISSING CASE – Page 1

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

1

2

PRESENTED BY:

3

SMITH ALLING LANE, P.S.

4

5

By____/s/ Michael E. McAleenan_____
    Michael E. McAleenan, WSBA #29426

6

    Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER (PROPOSED) DISMISSING CASE – Page 2

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Carrie Menikoff | carrie@jhoffman.com |
| Jay H Zulauf | jzulauf@hallzan.com |
| Leslie J Hagin | lhagin@mcnaul.com |
| Katherine Ruth Heekin | Katherine@HeekinLawOffice.com |
| Brent Taylor Caldwell | bcaldwell@smithhennessey.com |
| James Alexander Smith, Jr | jas@smithhennessey.com |
| Kerry J Shepherd | KerryShepherd@MarkowitzHerbold.com |
| David W Silke | silke@carneylaw.com |
| Stephen P VanDerhoef | svanderhoef@cairncross.com |
| Thomas M McInerney | tmm@thelenreid.com |
| James E Lobsenz | Lobsenz@carneylaw.com |

SMITH ALLING LANE, P.S.


By    /s/ Michael E. McAleenan
     Michael E. McAleenan, WSBA #29426


SMITH ALLING LANE, P.S.
1102 Broadway Plaza, Suite 403
Tacoma, Washington 98402
Telephone:  253-627-1091
Facsimile:  253-627-0123
E-Mail:  mmc@smithallinglane.com


Attorney for Plaintiff

ORDER (PROPOSED) DISMISSING CASE – Page 3

*Smith Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

6423 01 gj112605 10/31/05